IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOSE ANTONIO LOPEZ ESTEPE, § § | |
| Petitioner, § § | |
| v. § | CAUSE NO. EP-26-CV-363-KC |
| § § | |
| PAM BONDI et al., § § | |
| Respondents. § § | |

### ORDER

On this day, the Court considered the case. Jose Antonio Lopez Estepe filed a Petition for a Writ of Habeas Corpus ("Petition"), ECF No. 1. In answer to the Court's Show Cause Order, ECF No. 2, Respondents filed their Response, ECF No. 6, in opposition to Lopez Estepe's Petition.

Respondents argue that Lopez Estepe is "lawfully detained with a final order of removal" and his "removal is, in fact, likely in the reasonably foreseeable future." Resp. 1. In support, they submit the Declaration of Assistant Field Office Director Angel Garite, ECF No. 6-1. Garite states that on November 4, Cuba declined the removal request for Lopez Estepe. *Id.* ¶ 14. Thereafter, Respondents attempted to remove Lopez Estepe to Mexico. *See id.* ¶¶ 17–20. However, on January 19, Lopez Estepe informed Respondents that he did not want to be removed to Mexico and refused to sign any documents or be removed from his pod. *Id.* ¶ 21. Despite Cuba previously rejecting Lopez Estepe's removal request, on February 5, Lopez Estepe was scheduled for a charter flight to Cuba in early March. *Id.* ¶¶ 14, 24. This charter flight was then cancelled, the reasons for which "ERO is not aware." *Id.* ¶ 26. Respondents are now "actively working to identify a third country to remove Lopez Estepe to" and "anticipate[] no

impediments to removing [him] to a third country upon [their] identification of such country and prompt submission of a travel document request." *Id.* ¶¶ 28–29.

Given that removal of Lopez Estepe to Cuba, Mexico, or another country, would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than March 18, 2026**, detailing the following:

(1) whether Cuba has accepted a renewed travel document request for Lopez Estepe, and if so, the expected timeline for his removal to Cuba;

(2) whether Lopez Estepe can be removed to Mexico without his consent and, if not, whether Lopez Estepe has consented to removal to Mexico, and the expected timeline for his removal to Mexico;

(3) whether a third country, other than Cuba or Mexico, has been identified for Lopez Estepe's removal and, if not, the expected timeline for identification;

(4) if a third country has been identified, whether a travel document request has been submitted to that country for Lopez Estepe, and if not, the expected timeline for submission; and

(5) if a travel document request has been submitted, the date it was submitted and the country's response or the expected timeline for a response.

**SO ORDERED.**

SIGNED this 18th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE